UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-2729-CIV-GOLD

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ONE REAL PROPERTY
LOCATED AT 2411 N.E. 32ND
COURT, LIGHTHOUSE POINT, FLORIDA,
TOGETHER WITH ALL APPURTENANCES
AND IMPROVEMENTS THERETO AND
THEREON,

    Defendant.

_____/

### VERIFIED CLAIM OF NEVIN SHAPIRO

    Under penalties of perjury, Nevin Shapiro hereby files his claim pursuant to Rule C(6) of the Supplemental Rules For Certain Admiralty and Maritime Claims and verifies that he has an interest, as fee owner and title holder, in the Defendant property and hereby makes claim to and against the Defendant property.

_____
NEVIN SHAPIRO

    The foregoing instrument was acknowledged before me this 13th day of November, 1997, by Nevin Shapiro, who is personally known to me or who has produced identification and who took an oath.

_____
Notary Public
State of Florida at Large
PRINTED NAME _Elsa Valdes_

CASE NO. 97-2729-CIV-GOLD

Commission No.: CC-399177

[ ] Personally known to me; or
[✓] Produced identification;

D.L. S160-631-69-133 _____ Type of Identification

My Commission Expires:

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the Office of the United States Attorney for the Southern District of Florida, 99 N. E. 4th Street, Miami, Fla. 33132, this 14th day of November, 1997.

JOEL KAPLAN, ESQUIRE
Attorney for Claimant
100 N. Biscayne Blvd.
Suite 1100
Miami, Florida 33132
(3050 374-2111
Fla. Bar No. 219371