UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 97-2729-CIV-GOLD

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ONE REAL PROPERTY
LOCATED AT 2411 N.E. 32ND
COURT, LIGHTHOUSE POINT, FLORIDA,
TOGETHER WITH ALL APPURTENANCES
AND IMPROVEMENTS THERETO AND
THEREON,

      Defendant.

_____/

**NIGHT BOX**
**FILED**

 ꞏꞏꞏ ꞏ .ꞏ .997

CARLOS JUENKE
CLERK ꞏ SD ꞏ FL / MIA

## ANSWER/AFFIRMATIVE DEFENSES/DEMAND FOR JURY TRIAL

    CLAIMANT, Nevin Shapiro, answers the Complaint for Forfeiture In Rem as follows:

    1.  He admits the allegations contained in Paragraph No. 1.

    2.  He admits the allegations contained in Paragraph No. 2.

    3.  He admits the allegations contained in Paragraph No. 3.

    4.  He is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 4 and therefore denies them.

    5.  He denies the allegations contained in Paragraph 5 regarding the defendant real property.

    6.  He is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 6 and therefore denies them.



CASE NO. 97-2729-CIV-GOLD

7.   He is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 7 and therefore denies them.

8.   He is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 8 and therefore denies them.

9.   He is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 9 and therefore denies them.

10.  He is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 10 and therefore denies them.

11.  He is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 11 and therefore denies them.

12.  He is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 12 and therefore denies them.

13.  He is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 13 and therefore denies them.

14.  He is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 14 and therefore denies them.

CASE NO. 97-2729-CIV-GOLD

15.  He is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 15 and therefore denies them.

16.  He is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 16 and therefore denies them.

17.  He is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 17 and therefore denies them.

18.  He is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 18 and therefore denies them.

19.  He is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 19 and therefore denies them.

20.  He is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 20 and therefore denies them.

21.  He is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 21 and therefore denies them.

22.  He is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph No. 22 and therefore denies them.

CASE NO. 97-2729-CIV-GOLD

23.   He denies the allegations contained in Paragraph 23 regarding the defendant real property.


### AFFIRMATIVE DEFENSES

1.   Claimant is an "innocent owner" of the defendant real property within the meaning of Title 18, U.S.C., §981(a)(2) because the acts and omissions the government is relying upon in seeking forfeiture were committed without his knowledge.

2.   The government is equitably estopped from seeking forfeiture of Claimant's interest in the defendant real property due to its deliberate failure to institute this action in a timely manner.

### DEMAND FOR JURY TRIAL

Claimant demands trial by jury on all issues so triable.


Respectfully submitted,


Joel Kaplan, Esq.
Attorney for Claimant
100 N. Biscayne Blvd.
Suite 1100
Miami, Florida 33132
(305) 374-2111
Fla. Bar No. 219371

4

CASE NO. 97-2729-CIV-GOLD

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the Office of the United States Attorney for the Southern District of Florida, 99 N. E. 4th Street, Miami, Fla. 33132, this 24th day of November, 1997.

JOEL KAPLAN, ESQUIRE

5