UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



99 FEB 27 PM 2: 54

CLERK ... ...IST. CT.
S.D. OF ... ...-MIAMI

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 97-2729-CIV-GOLD |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE JOHNSON |
| | ) | |
| v. | ) | UNITED STATES' AFFIDAVIT IN |
| | ) | SUPPORT OF MOTION FOR |
| ONE (1) 1963 CHRIS CRAFT | ) | DEFAULT JUDGMENT |
| ROAMER YACHT KNOWN AS THE | ) | |
| MITZ, VESSEL NUMBER 961848 | ) | |
| AND HULL NUMBER 44106 AND | ) | |
| ALL EQUIPMENT, APPAREL, | ) | |
| ENGINES, RIGGING, AND OTHER | ) | |
| CONTENTS ABOARD, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

STATE OF FLORIDA     )
                     )     SS
COUNTY OF DADE       )

SCOTT E. RAY, being first duly sworn, deposes and says that:

1.     I am an Assistant United States Attorney and attorney of record for Plaintiff, United States of America, and have personal knowledge of the facts set forth in this Affidavit.

2.     On August 22, 1997, Plaintiff, United States of America, filed its Verified Complaint for Forfeiture against Defendant vessel.

3.     The Warrant of Arrest was issued on September 23, 1997.

4.     Examination of the Court file and records in this cause reflects that the Defendant vessel was arrested by the United States Marshal on January 6, 1998.



5.     Richard Adam, in whose name the vessel is titled, was served by a deputy United States Marshal with a copy of the Verified Complaint for Forfeiture and Warrant of Arrest in Rem on November 4, 1997, through his counsel, Steven R. Brenners, Esq..

6     Bob Brown, vice president of Dusky's Marian, where the vessel had been stored by Richard Adam, was served by a deputy United States Marshal with a copy of the Verified Complaint for Forfeiture and Warrant of Arrest in Rem on January 6, 1998.

7.     Public Notice of Action was published in the Miami Daily Business Review on January 28, 1998.

8.     More than twenty (20) days have elapsed since the date on which the Defendants and potential claimants were served with the Verified Complaint for Forfeiture and Warrant of Arrest in Rem.

10.     No claim or answer has been filed in response to the Verified Complaint for Forfeiture.

11.     Default was entered by the Clerk of the Court against all persons for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law.

12.     This affidavit is executed by affiant herein in accordance with Fed.R.Civ.P. 55(a) for the purpose of enabling Plaintiff to obtain a Default Judgment against all persons for failure to claim

or answer as to Plaintiff's Verified Complaint for Forfeiture.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

SCOTT E. RAY
ASSISTANT UNITED STATES ATTORNEY
FLA. BAR NO. 802050
99 N.E. 4th Street, 7th Floor
Miami, Florida 33132
Tel: (305)961-9033
Fax: (305)536-7599

The foregoing instrument was acknowledged before me this ___ day of February 1998 by

Scott E. Ray who is personally known to me and who did take an oath.



NOTARY PUBLIC
State of Florida at Large

My Commission Expires:
MAY 21, 1998

MARIA A. MORALES
MY COMMISSION # CC 364053
EXPIRES: May 21, 1998
Bonded Thru Notary Public Underwriters

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was sent via U.S.

Mail on this 27th day of February 1998 to: Steven R. Brenners, Esq., 2855 University Drive, Suite

110, Coral Springs, FL 33065-4100.

SCOTT E. RAY
ASSISTANT U.S. ATTORNEY