97-2729a.ord
TS/WB:ie

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
DIVISION

Case No.97-2729-Civ-Gold

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ONE RESIDENCE LOCATED AT
2411 N.E. 32nd COURT,
LIGHTHOUSE POINT, BROWARD
COUNTY, FLORIDA, ETC.,

    Defendant.
_____/



**AMENDMENT TO AGREED ORDER DIRECTING**
**DISBURSEMENT OF SALE PROCEEDS**

**THIS CAUSE** is before this Court on the agreed motion for relief from the agreed order directing disbursement of sale proceeds entered on February 11, 1999. After reviewing the agreed motion, and the record in this cause, it is hereby

**ORDERED and ADJUDGED** as follows:

1. The agreed motion for relief from the agreed order directing disbursement of sale proceeds is hereby, **GRANTED**.

2. Claimant, Nevin Shapiro consents to the forfeiture of the sale proceeds ($18,764.18) disbursed to the United States of America by the Clerk of this Court pursuant to the February 11, 1999 agreed order.

38 H

3. The sale proceeds disbursed ($18,764.18) to the United States are forfeited to the United States of America pursuant to 18 U.S.C. §981.

4. Nothing contained herein shall constitute an admission or finding of liability or culpability concerning claimant, Nevin Shapiro.

5. Except as otherwise specifically set forth herein, nothing contained herein shall affect or modify the agreed order directing disbursement of sale proceeds entered by this Court on February 11, 1999. The February 11, 1999 agreed order remains in full force and effect.

**DONE and ORDERED** in Chambers, at Miami, Dade County, Florida this ___14___ day of April, 1999.

```
                                    _____
                                    HONORABLE ALAN S. GOLD
                                    UNITED STATES DISTRICT JUDGE
```

cc: AUSA William H. Beckerleg, Jr.
    Carlos D. Lerman, Esq.
    U.S. Marshals Service - Miami
    (one certified copy)