UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 97-CV-2729-GOLD/GOODMAN

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ONE REAL PROPERTY LOCATED AT
2411 NE 32ST COURT, LIGHTHOUSE POINT,
FLORIDA, TOGETHER WITH ALL APPURTENANCE
AND IMPROVEMENTS THERETO AND THEREON,

ONE (1) 1963 CHRIS CRAFT ROAMER NUMBER
YACHT KNOWN AS THE MITZ, VESSEL NUMBER
961848 AND HULL NUMBER 44106 AND ALL
EQUIPMENT, APPAREL ENGINES, RIGGING, AND
OTHER CONTENTS ABOARD,

      Defendant/s.
_____/

## UNITED STATES' NOTICE OF RECEIPT OF RULE 11 LETTER

The United States submits this notice and informs the Court that:

1. On February 27, 2012, the undersigned[1] received via fax a safe harbor letter from Barbara A. Murray, predicated under Rule11, Fed. R. Civ. P. The letter demands that the United States file certain appropriate document/s in this case, or that AUSA Stephanie Evans file a motion to dismiss the criminal conviction against Mrs. Murray "because of the United States failure to turn over Brady discovery concerning Richard Adam." Otherwise if no adequate response is received to such demands, Mrs. Murray will file a motion for sanctions in both cases,

---

[1] A copy of the letter was also sent, via fax, to AUSA Stephanie Evans from the West Palm Beach office of the U.S. Attorney's Office.

1

this closed action, and in the related-criminal case, 97-CR-6063. A copy of the letter is attached hereto. As indicated in the letter, copies thereof were sent by Mrs. Murray to Vice President Joe Biden, Congressman Darrell Issa, Senator Chuck Grassley, Congressman Lamar Smith and U.S. Attorney Wifredo A. Ferrer.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

    s/ William H. Beckerleg, Jr.
    WILLIAM H. BECKERLEG, JR.
    ASSISTANT UNITED STATES ATTORNEY
    FLORIDA BAR NO. A5500074
    500 East Broward Boulevard, Suite 700
    Fort Lauderdale, Florida  33394
    Tel : (954) 660-5726 EX 3614
    Fax:(954)356-7180

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28 th day of February, 2012, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and sent by regular mail to Barbara Ann Murray, P.O. Box 3121, Westport, CT. 06880.

    s/ William H. Beckerleg, Jr.
    WILLIAM H. BECKERLEG, JR.
    ASSISTANT UNITED STATES ATTORNEY