UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 97-CV-02729-GOLD/GOODMAN

UNITED STATES,

    Plaintiff,

v.

2411 NE 32ND COURT, *et al.*,

    Defendants.

_____/

## ORDER DENYING APPEAL [ECF NO. 58] OF MAGISTRATE JUDGE GOODMAN'S ORDER

This Cause is before the Court on Barbara Ann Murray's Motion to Court to Rule on Whether to Adopt Order by Magistrate Goodman [ECF No. 58], which the court construes as an appeal of Judge Goodman's Order on Motion for Reconsideration [ECF No. 50].

On March 6, 2012, Magistrate Judge Goodman denied [ECF No. 46] Murray's motion to correct the clerk's record to indicate that this case was related to a criminal case. Murray filed a Motion for Reconsideration [ECF No. 47], which Judge Goodman denied [ECF No. 50] on April 11, 2012. In his Order on Motion for Reconsideration [ECF No. 50], Judge Goodman instructed Murray of her right to appeal to the district court pursuant to Magistrate Rule 4(a)(1) of the Local Rules of the Southern District of Florida, 28 U.S.C. § 636, and Federal Rule of Civil Procedure 72 [ECF No. 50, at 3].

Rather than appeal to the district court, Murray, on April 27, 2012, appealed [ECF No. 51] the Order on Reconsideration to the Eleventh Circuit. The Eleventh Circuit dismissed the appeal [ECF No. 56] for want of jurisdiction, stating "Appellant is seeking

a direct appeal from an order entered by the magistrate judge without first appealing to the district court. Thus, the order on appeal is a non-final, non-appealable order."

Murray then filed the instant Motion [ECF No. 58], requesting the district court either adopt or deny Judge Goodman's order, and contending "the magistrate judge's order has been sitting waiting to be adopted for over a year." Murray did not previously appeal Judge Goodman's Order on Reconsideration, and I construe Murray's instant Motion to be an appeal from that Order pursuant to Magistrate Rule 4(a)(1) of the Local Rules of the Southern District of Florida.

Rule 4(a)(1) provides that a district judge may set aside any portion of a magistrate judge's order "found to be clearly erroneous or contrary to law." Upon review of Judge Goodman's Order on Reconsideration, I conclude Judge Goodman's conclusion that Murray is not entitled to relief under Rule 60(b) is not clearly erroneous or contrary to law. Additionally, I concur with Judge Goodman's conclusion that this court lacks jurisdiction to grant the relief requested, and Murray lacks standing to request such relief. I deny Murray's appeal accordingly. It is hereby ORDERED and ADJUDGES as follows:

1. Barbara Ann Murray's Motion to Court to Rule on Whether to Adopt Order by Magistrate Goodman [ECF No. 58], which the court construes as an appeal of Judge Goodman's Order on Motion for Reconsideration, is **DENIED**.

2. This case remains **CLOSED**.

DONE AND ORDERED in Chambers at Miami, Florida, this __K__ day of February, 2013.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT COURT JUDGE

cc:
United States Magistrate Judge Jonathan Goodman
All Counsel of Record

Barbara Ann Murray, *pro se*
P.O. Box 3121
Westport, CT 06880